FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0615

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0615

_____

CLAYTON A. GREENWOOD,

      Petitioner and Appellant,

  v.                                  O R D E R

MONTANA DEPARTMENT OF REVENUE,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James P. Reynolds, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020